**WORDS & DATA, INC., Appellant,**

v.

**AMERICAN CITY BUSINESS JOURNALS, INC.,
Respondent.**

**No. WD 47564.**

Missouri Court of Appeals,
Western District.

Feb. 8, 1994.

James W. Henry, Kansas City, for appellant.

Bernard Rhodes, Kansas City, for respondent.

Before HANNA, P.J., and LOWENSTEIN and FENNER, JJ.

*ORDER*

PER CURIAM.

Words & Data appeals the trial court's decision in favor of American City Business Journals, Inc. on the grounds that no contract existed between the parties.

Judgment affirmed. Rule 84.16(b).

**Harold L. FERRY, Appellant,**

v.

**KELLY WATERPROOFING,
Respondent,**

and

**Missouri State Treasurer, Custodian
of the Second Injury Fund,
Respondent.**

**No. WD 47980.**

Missouri Court of Appeals,
Western District.

Feb. 8, 1994.

Harold L. Ferry, appellant pro se.

Brian J. Fowler, Evans & Dixon, Kansas City, for respondent Kelly Waterproofing.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Reginald Harrington, Asst. Atty. Gen., Kansas City, for respondent Second Injury Fund.

Before ULRICH, P.J., and BRECKENRIDGE and SPINDEN, JJ.

*ORDER*

PER CURIAM:

Appeal from a workers' compensation award.

Affirmed. Rule 84.16(b).